UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

PIYOU ZHAO, ZHIQIANG WANG, and JIN
ZHANG,

                      Plaintiffs,

           -against-

KE ZHANG, INC. d/b/a Ke Zhang, ZOU
JIA YONG, INC. d/b/a T&T Restaurant,
WEN CHAI ZOU, and TENGYU ZHU,

                 Defendants.

------------------------------------x

**MEMORANDUM & ORDER**
18-CV-6452 (EK)(VMS)

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated August 15, 2025.  ECF No. 108.  Judge Scanlon recommends that (1) plaintiffs' motion for default judgment be denied without prejudice; (2) defendants be granted thirty days in which to move to vacate the entry of default against them; and (3) plaintiffs be ordered to show cause within thirty days why their wage-notice and wage-statement claims should not be dismissed for lack of standing.

        Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968

F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.

Thus, the motion for default judgment is denied without prejudice.  If defendants wish to vacate the entry of default against them, they must so move on or before October 29.  Plaintiffs are directed to show cause on or before October 29 why their wage-notice and wage-statement claims should not be dismissed for lack of standing.  Plaintiffs are further directed to serve a copy of this order upon defendants and to file proof of service on the docket.

A pretrial conference is scheduled for November 25, 2025, at 2:30 p.m. in Courtroom 6G North.  In light of Zhu's letter informing the Court that defense counsel has passed away, ECF No. 110, the corporate defendants — Ke Zhang, Inc. and Zou Jia Yong, Inc. — are reminded that a corporation cannot appear *pro se* in federal court. *See Jacobs v. Patent Enforcement Fund Inc.,* 230 F.3d 565, 568 (2d Cir. 2000).


SO ORDERED.


                                    /s/ Eric Komitee
                                   _____
                                   ERIC KOMITEE
                                   United States District Judge

```
Dated:     September 29, 2025
           Brooklyn, New York
```